In the matter of the estate of Kaspar G. Schmidt, deceased et al., executors of the last will and testament of Barbara E. Kellmer, deceased, appellants, v. George K. Schmidt, individually and as executor of the last will and testament of Kaspar G. Schmidt, deceased, appellee. Gen. No. 33,315.

Opinion filed May 31, 1929. Rehearing denied June 11, 1929.

Austin L. Wyman, for appellants. Miller, Gorham & Wales, for appellee.

Mr. Justice Barnes delivered the opinion of the court.